689 A.2d 726

IN THE MATTER OF BRAXTON LEE
EPPS, AN ATTORNEY AT LAW.

March 13, 1997.

## ORDER

The Disciplinary Review Board having filed with the Court on December 16, 1996, its decision concluding that **BRAXTON LEE EPPS** of **CAMDEN,** who was admitted to the bar of this State in 1977, should be disciplined for his conviction of possession of less than 20 grams of cocaine, in violation of *N.J.S.A.* 2C:36–10a(1), criminal conduct that reflects adversely on respondent's honesty, trustworthiness or fitness as a lawyer (*RPC* 8.4(b));

And the Court having considered the record in the matter;

And good cause appearing;

It is ORDERED that **BRAXTON LEE EPPS** is hereby suspended from the practice of law for a period of three months, effective April 7, 1997, and until the further Order of the Court; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of his suspension and that he comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.